# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. JAMES HENRY, § | |
| 2. DAWN HENRY, § | |
| § | |
| Plaintiffs, § | |
| § | |
| V. § | CASENO. CIV-14-305-R |
| § | |
| 1. STATE FARM FIRE AND CASUALTY § | |
| COMPANY, § | |
| § | |
| Defendant. § | |
| § | JURY DEMANDED |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), Plaintiffs, James Henry and Dawn Henry and Defendant, State Farm Fire and Casualty Company, file this Stipulation of Dismissal without prejudice to the refiling thereof with the parties each bearing their own costs.

By  s/ Michael D. McGrew
Michael D. McGrew, OBA #013167
MICHAEL D. MCGREW & ASSOCIATES
400 N. Walker, Suite 115
Oklahoma City, OK 73102
Telephone:  (405) 235-9909
Facsimile:   (405) 235-9929
**COUNSEL FOR PLAINTIFF**

By s/David Jones_____
David Jones, OBA #19611
JONES ANDREWS & ORTIZ, PC
21 E. Main St., Suite 101
Oklahoma City, OK 73104
(405) 601-8713(telephone
(405) 232-8330 (Fax)
Email Address: dv@jao-law.com
Counsel for Defendant